Name  William Brown
Street Address  1153 Scorro Way
City and County  Sacramento
State and Zip Code  Ca 95833
Telephone Number  9169976157



**FILED**

DEC 2 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Leentese Beirge

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

DA. Elizbeth Ramos
Judge Currier
Mike Nelson Attorney

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**2:16 - CV - 3037 MCE AC PS**

**Complaint for a Civil Case**

Case No. 16MI018899
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Officer of Asault will be amended
Street Address
City and County    Sacramento Ca
State and Zip Code
Telephone Number

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name            Mike Nelson
Job or Title      Public Defender
(if known)
Street Address
City and County    Sacrament Ca,
State and Zip Code
Telephone Number  (916) 874-6417

Defendant No. 2

Name            Andrew Saucedo
Job or Title      Investigator
(if known)
Street Address
City and County
State and Zip Code
Telephone Number  916 457-7500

2

Defendant No. 3

Name _Elizabeth Ramos_

Job or Title _District Attorney_
(if known)

Street Address _____

City and County _Sacramento Ca._

State and Zip Code _____

Telephone Number _____

Defendant No. 4

Name _Steve White_

Job or Title _Judge Dept 21_
(if known)

Street Address _____

City and County _Sacramento County_

State and Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐  Federal question          ☐  Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Right for a fair and imparcial trial
Evidence by D.A. in a timely matter with held
A Vedios, Ect

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* Leentore Beirgo , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* Elizabeth Ramos , is a citizen of the State of *(name)* Sacramento . *Or* is a citizen of *(foreign nation)* _____ .

b.     If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

Sheriff beat violated civil Rights
Assault in Court Room and on arrest Case 1 and 2
bodily harm which lead to multiple fracture and
broken, cause mentle state of mind to not
funtion in his behalf to go propar.

5

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Leentose Being ask for a physic Evaution house/at 701 I Street County JAIL Injury Cruel unausaul punishment exsasive force broken Arm Right to have council during Sentencing dismiss case 2 million Confensation

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__ .

Signature of Plaintiff _____

Printed Name of Plaintiff _____

6

Superior Court of California – County of Sacramento

THE PEOPLE

vs.

LEERTESE BEIRGE

)  Case No.: No. 16MI018899
)
)  Motion or application for continuance of trial, in
)  accordance with Rule 3.1332 of the 2016 California
)  Rules of Court.
)
)  Date: December 15th, 2016
)  Time: 9:30 a.m.
)  Dept: 14
)
)

To: ELIZABETH RAMOS and the DISTRICT ATTORNEY'S OFFICE.

I, Leertese Beirge, declare:

I am representing myself, "In Propria Persona" in the above – entitled case and in the course of preparing the defense, I am requesting a continuance on this matter to December 19th, 2016 in accordance with Rule 3.1332 of the 2016 California Rules of Court:

**(a) Trial dates are firm**

To ensure the prompt disposition of civil cases, the dates assigned for a trial are firm. All parties and their counsel must regard the date set for trial as certain.

**(b) Motion or application**

A party seeking a continuance of the date set for trial, whether contested or uncontested or stipulated to by the parties, must make the request for a continuance by a noticed motion or an ex parte application under the rules in chapter 4 of this division, with supporting declarations. The party must make the motion or application as soon as reasonably practical once the necessity for the continuance is discovered.

**(c) Grounds for continuance**

Although continuances of trials are disfavored, each request for a continuance must be considered on its own merits. The court may grant a continuance only on an affirmative showing of good cause requiring the continuance. Circumstances that may indicate good cause include:

(1) The fact that the District Attorney has provided crucial evidence that pertains to this case in a very untimely manner, which we knew existed from the very beginning; thus, not providing me, the defendant, adequate time to review the newly discovered evidence provided on the DVDs.

(2) The fact that witnesses were discovered and have yet to be identified in this case who will concurrently be put under subpoena regarding this matter.

(3) The fact that Elizabeth Ramos and the District Attorney's Office has not provided me all of the evidence that I am entitled to under Penal Code 1054.

Motion or application for continuance of trial, in accordance with
Rule 3.1332 of the 2016 California Rules of Court.

(4) The fact that I am submitting a pitches motion pertaining to the misconduct of these officers involved in this matter, which I am sure by now, that it will take the Elizabeth Ramos some time to gather and provide the requested material.

(5) The addition of a new party if:

   (A) The new party has not had a reasonable opportunity to conduct discovery and prepare for trial; or

   (B) The other parties have not had a reasonable opportunity to conduct discovery and prepare for trial in regard to the new party's involvement in the case;

(6) A party's excused inability to obtain essential testimony, documents, or other material evidence despite diligent efforts; or

(7) A significant, unanticipated change in the status of the case as a result of which the case is not ready for trial.

*(Subd (c) amended effective January 1, 2007; adopted effective January 1, 2004.)*

Dated this 15th day of December, 2016

Leertese Beirge
1153 Socorro Way
Sacramento, CA 95833
(916)-822-0195

Motion or application for continuance of trial, in accordance with
Rule 3.1332 of the 2016 California Rules of Court.

To Honorable Judge dept 14

My name is William Brown
Legal guardian Father of  Leertese D Beirge


I am asking the Court do to the fact of the case that his sentence be held over do to his competence mental capacity and evaluation of Leertese Beirge my Son I as a witness myself in court his Father, do to stress while Leertese fighting propar his case i believe he had a nervous breakdown during trial procedures  no# 16M1018899(02) dept 14 that lead to case number ( 2 )# 16FE024012(3) pc.243(c)(2) on and about Dec,25th i sent his two sisters to visit him in custody after trial his arm was broken by excessive force by peace officers of the court system in dept 14 as well and  he is not his normal self and was not  during the court trial  incident do to being homeless unemployed and had three days to present his case in defence without  the evidence of subpoenas witness in court that could have help him fight his case was held back by the Sacramento  D.A. office evidence not in court not filed in a timely manner the motions previously filed by leertese Beirge was timely which i believe to be an unfair trial since evidence was not there for the jurors observation by the D.A office Elizabeth Ramos we ask for a court appointed Attorney by the State of California and not the Public Defender office do to the new felony charges and misdemeanor and to file a proper appeal for case 1and2  in dep,14 we ask for the court to provide medical attention by outside professional service mental therapist for evaluation as well as a doctor from outside the court facilities do his injuries we would also like to bring his character reference to attention a graduate student from A.R.C then to Sacramento State University and more in his defence  Leertese had just landed permanent a Job interview during trial working part time Sacramento school district sometime with the Firehouse community service fixing and upgrading their computer we ask for him to be admitted to regular population after evaluation of stableness if and when or before after sentence,we ask for case (2)to to be moved from Sacramento County to assure a fair trial number two and what laws follows or pertain to his new defence and case since 95% of his case pertain to officers of the state of Sacramento against him and planted in the courtroom behind him as he tried to defend his case proppar. Leertese was not a licensed Attorney and should have had an advocate set with him during trial in his defence for procedures untimely evidence subpoenas for leertese was not filed by D.A made it almost impossible to complete his case collecting and preparing evidence  for trial which he had three day to prepare without help a complaint will be filed against Andrew Saucedo Investigator licence Ca 22145 and Elizabeth Ramos D.A. Sacramento Ca negligent procedures  to the bar association as well misleading court procedures false information and conduct after meeting with Investigator Saucedo Leertese and his Father William Brown on case supporting Leertese which was not Confidential, subpoena was not supported by D.A to

 

bring witness to stand by subpoenas which is bios to Leertese defence in which he inquired many times to the court and hope of his future at stake leertese had no criminal record only traffic in which both incidents arrived and were in Question of criminal charges filed by the D.A office which could have lead grounds for  mistrial and the nervous break down of Leertese mental health and  defence and conduct which lead to the jurors deliberation and conviction.we ask that this court leave an open appeal to case 1 and case 2 be tried out of Sacramento jurisdiction and appointed a State Attorney.  Thank you.