UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEERTESE BIERGE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH RAMOS, et al.,<br><br>　　　　　　Defendants. | No. 2:16-cv-03037-MCE-AC<br><br><br>ORDER TO SHOW CAUSE |

On June 6, 2017, this Court dismissed the complaint and denied plaintiff's application to proceed in forma pauperis. ECF No. 6. Plaintiff was given 30 days to file an amended complaint. Id. The 30 day deadline to file an amended complaint has passed, with no action on the part of plaintiff. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days why this case should not be dismissed for failure to prosecute.

DATED: July 10, 2017

　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE